

# Missouri Court of Appeals
## Southern District

**FEBRUARY 11, 2014**

THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 84.16(b).

1.   Case No.  SD32791

    Re:   RONALD MILLER and
          SUSAN MILLER,
          Plaintiffs-Respondents,
          vs.
          KAREN SANDERS,
          Defendant-Appellant.

2.   Case No.  SD32447 & SD32510 (Consolidated)

    Re:   RICK PHILLIPS,
          Movant-Appellant,
          v.
          STATE OF MISSOURI,
          Respondent-Respondent.

3.   Case No.  SD32789

    Re:   TONY OWEN GAUNT,
          Movant-Appellant,
          vs.
          STATE OF MISSOURI,
          Respondent-Respondent.